UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-94-HBG |
| | ) | |
| LORI F. FLEISHMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings. [Doc. 14].

Now before the Court is a Motion for Additional Extension and Timeline [Doc. 13] and a Motion for Modification of Consent Order [Doc. 16]. In the former Motion, the Respondent requests additional time to comply with the undersigned's Report and Recommendation [Doc. 11][1] and subsequent Order [Doc. 12]. Specifically, the Motion states that the parties agree that Respondent will appear before Officer Keaton on November 17, 2017, to provide testimony in compliance with the Summons and that Respondent will produce her tax returns on a weekly basis. The latter Motion [Doc. 16] states that Respondent's accountant needs the weekend preceding each filing date to have sufficient time to finalize the outstanding tax returns. The Motion requests that the weekday be modified from Friday to Monday and that the returns be submitted on a weekly basis. Finally, the Petitioner consents to the Motion.

---

[1] The Report and Recommendation was entered on September 13, 2017, and the parties consented to the undersigned on October 17, 2017.

Accordingly, per the parties' agreement, the Court **GRANTS** the Motion for Modification of Consent Order [**Doc. 16**] and **DENIES AS MOOT** the Motion for Additional Extension and Timeline [**Doc. 13**]. The Court further **ORDERS** as follows:

1. The Respondent shall produce her 2010 through 2013 tax returns, with the oldest returns being submitted on a weekly basis, beginning with the Respondent's 2010 Federal Income Tax return, which shall be produced on **October 23, 2017**;

2. Respondent shall produce her 2011 Federal Income Tax Return on **October 30, 2017**;

3. Respondent shall produce her 2012 Federal Income Tax Return on **November 6, 2017**;

4. Respondent shall produce her 2013 Federal Income Tax Return on **November 13, 2017**;

5. Each of the above tax returns shall be submitted at Officer Keaton's office by 4:30 p.m. on the above dates;

6. The Respondent shall appear at the IRS offices located at 710 Locus Street Knoxville, Tennessee, 37902, on **November 17, 2017, at 9:00 a.m.**, before Revenue Officer Keaton, or other designee of the IRS, to provide testimony; and

7. Respondent shall provide all documents sought in the IRS Summons [**Doc. 1-1**] to Revenue Officer Keaton, or other designee of the IRS, to the extent any documentation remains to be produced by **November 17, 2017, at 9:00 a.m**.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge